**BOROUGH OF WILKINSBURG, Respondent,**

v.

**Herbert L. DWYER, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 26, 1997.

### ORDER

PER CURIAM:

AND NOW, this 26th day of September, 1997, because of factual errors of record, the above-captioned matter is remanded to the trial court with instructions to conduct a hearing within 60 days to determine whether the Petitioner received formal notice or, in lieu of formal notice, actual notice of the Sheriff's Sale of his property and the underlying hearings which resulted in a judgment against the property.

Jurisdiction is relinquished.

**David REBEL, Petitioner,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

Supreme Court of Pennsylvania.

Sept. 30, 1997.

### ORDER

PER CURIAM.

AND NOW, this 30th day of September, 1997, the Petition for Allowance of Appeal is granted but limited to the following issue:

Did Petitioner engage in willful misconduct for purposes of unemployment compensation benefits by refusing to take his employer's drug test?

The Motion to Quash Intervenor's Brief is denied. The Motion to Withdraw as counsel is granted.